UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21069-CR-Scola

UNITED STATES OF AMERICA,
        Plaintiff,

v.

VICTOR SUSANA-CASTRO,
        Defendant.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT RESPONSE IN OPPOSITION TO <u>*PRO SE*</u> MOTION TO MODIFY TERM OF IMPRISONMENT**

Undersigned counsel respectfully moves this Court pursuant to S.D. Fla. L.R. 7.1(a)(1)(J) for an extension of time to file a reply to the Government's Response to Defendants' Motions for Sentence Reductions. (D.E. 87.) Undersigned counsel requests an additional fourteen (14) days from the current reply deadline of February 2, 2024, to file Mr. Susana-Castro's reply. In support thereof and to show good cause, counsel states as follows:

    1. On October 3, 2022, the Court held a sentencing hearing as to Mr. Susana-Castro. Undersigned counsel represented him.

    2. At that sentencing hearing, with the benefit of written argument (*see* D.E. 60 & 64) and oral argument, the Court resolved a number of PSI objections in Mr. Susana-Castro's favor. The Court's resolution of those objections lowered the advisory guideline range from 97-121 months to 63-78 months. (*Compare* D.E. 67, Final PSI, *with* D.E. 75, Post-Sentencing PSI.) The Court, after hearing argument from both

sides, ultimately sentenced Mr. Susana-Castro to 70 months in prison. (D.E. 74.)

3. On December 29, 2023, Mr. Susana-Castro filed a *pro se* Motion to Modify Term of Imprisonment pursuant to Amendment 821 to the United States Sentencing Guidelines, which made retroactive the newly adopted guideline at § 4C1.1. (D.E. 84.)

4. On January 26, 2024, the United States filed its response in opposition to Mr. Susana-Castro's motion. (D.E. 87.) The Government conceded that Mr. Susana-Castro was eligible for the reduction under Section 4C1.1, but that the Court should exercise its discretion and deny the motion, because, among other things, Mr. Susana-Castro "received every possible reduction in [his] guidelines calculations that could possibly be applied [and] [a]ny further reduction would flout the purposes of sentencing in 18 U.S.C. § 3553(a)…". (*Id.* at 1.)

5. Undersigned counsel, if given permission by Mr. Susana-Castro, intends to file a reply to the Government's Response rebutting each of the Government's arguments and explaining why Mr. Susana-Castro's sentence should be reduced. Undersigned counsel has contacted prison officials at FCI-Coleman Low to request a call with Mr. Susana-Castro this week. That request remains pending.

6. Mr. Susana-Castro's guideline range, after the two-level reduction from §4C1.1, is 51-63 months. Mr. Susana-Castro should have the benefit of counsel when making the argument for why he should be resentenced within that range.

7. This motion is filed in good faith and will not cause undue delay.

WHEREFORE, undersigned counsel respectfully requests that the Court (1) allow undersigned counsel the necessary time to consult with Mr. Susana-Castro

about his motion and the Federal Public Defender Office's representation of him, and (2) extend the deadline to file a reply brief from February 2, 2024, to February 16, 2024.

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

*s/ Andrew S. Jacobs*
Andrew S. Jacobs
Assistant Federal Public Defender
Florida Special Bar No. A5502687
150 W. Flagler St., Ste. 1700
Miami, FL 33130
305-533-4201
Andrew_Jacobs@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Andrew S. Jacobs*
Andrew S. Jacobs